ATTORNEY GRIEVANCE COMMISSION *    IN THE
OF MARYLAND

                                         *    COURT OF APPEALS

**v.**                                        *    OF MARYLAND

                                         *    **Misc. Docket AG No. 78,**
**JOHN-STUART WARRINGTON BAILEY**        **September Term, 2019**

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, John-Stuart Warrington Bailey, to place the Respondent on Inactive Status by Consent pursuant to Maryland Rule 19-736(c), it is this <u>30th</u> day <u>of March</u>, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, John-Stuart Warrington Bailey, is hereby placed on Inactive Status, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of John-Stuart Warrington Bailey from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Robert N. McDonald
Senior Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk